**FILED**
CLERK, U.S. DISTRICT COURT
JUNE 14 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: RS  DEPUTY

Mr. Antquan Duipiee Clay
FULL NAME

Same as above.
COMMITTED NAME (if different)

Wasco Prison, F.C/1, cell 261 up,
FULL ADDRESS INCLUDING NAME OF INSTITUTION

P.O. Box 6600, Wasco, CA. 93280

BR8971
PRISON NUMBER (if applicable)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Mr. Antquan Duipiee Clay.

PLAINTIFF,

v.

High Desert Detention Center.

DEFENDANT(S).

CASE NUMBER

5:22-CV-00998-CJC-DFM
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner:  ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? ___N/A___

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff  N/A

   Defendants  N/A

b. Court  N/A

c. Docket or case number  N/A
d. Name of judge to whom case was assigned  N/A
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?)  N/A
f. Issues raised:  N/A

g. Approximate date of filing lawsuit:  N/A
h. Approximate date of disposition  N/A

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☒ Yes   ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed?  ☒ Yes   ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Mr. Antouan Dupree Clay__
(print plaintiff's name)

who presently resides at __Wasco Prison, F.C/1 Cell 261 up, P.O. Box 8800, Wasco, CA 93280.__
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at __High Desert Detention Center__
(institution/city where violation occurred)

**CIVIL RIGHTS COMPLAINT**

on (date or dates) __11/13/2021__ , _____ , _____ .
                         (Claim I)          (Claim II)          (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __High Desert Detention Center__ resides or works at
   (full name of first defendant)
   __9438 Commerce Way, Adelanto, California 92301__
   (full address of first defendant)
   __County Jail__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Neglected to provide adequate safety rails every three feet (Top Bunk) in sleeping quarter.__

2. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

14th. United States Constitutional Amendment "Due Process" Clause.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

I was sleep and rolled of the top bunk in unit s/e/5. Splitting my head. recieving 5 stiches, broken nose, and bone under left eye from the fall.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

# E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

$50,000 dollars for actual damage relief.

_____   _____
(Date)                    (Signature of Plaintiff)

**POS-040**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:   STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Mr. Antquan D. Clay | |
| FIRM NAME: N/A | |
| STREET ADDRESS: P.O. Box 6600, Wasco, CA. 93280 | |
| CITY: Wasco   STATE: CA.   ZIP CODE: 93280 | |
| TELEPHONE NO.: N/A   FAX NO.: N/A | |
| E-MAIL ADDRESS: N/A | |
| ATTORNEY FOR (name): Mr. Antquan Dulpree Clay | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
|---|---|
| STREET ADDRESS: 255 E. Temple St. Room 180 | |
| MAILING ADDRESS: Same as above | |
| CITY AND ZIP CODE: Los Angeles, 90012 | |
| BRANCH NAME: Civil Courthouse | CASE NUMBER: |

| Plaintiff/Petitioner: Mr. Antquan Dulpree Clay | |
|---|---|
| Defendant/Respondent: High Desert Dentention Center | JUDICIAL OFFICER: |

**PROOF OF SERVICE—CIVIL**

Check method of service (only one):
- [ ] By Personal Service
- [✓] By Mail
- [ ] By Overnight Delivery
- [ ] By Messenger Service
- [ ] By Fax

DEPARTMENT: Room #180

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age and not a party to this action.
2. My residence or business address is: Wasco Prison, F.C/A, Cell #261 up, P.O. Box 6600 Wasco, CA 93280

3. [ ] The fax number from which I served the documents is (complete if service was by fax):

4. On (date): 6/9/22   I served the following documents (specify): Civil Rights complaint form

   [ ] The documents are listed in the Attachment to Proof of Service–Civil (Documents Served) (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served:
   b. [✓] (Complete if service was by personal service, mail, overnight delivery, or messenger service.)
   Business or residential address where person was served:

   c. [ ] (Complete if service was by fax.)
   Fax number where person was served:

   [ ] The names, addresses, and other applicable information about persons served is on the Attachment to Proof of Service—Civil (Persons Served) (form POS-040(P)).

6. The documents were served by the following means (specify):
   a. [ ] **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and eight in the evening.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
POS-040 [Rev. January 1, 2020]

**PROOF OF SERVICE—CIVIL**
(Proof of Service)

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5; Cal. Rules of Court, rule 2.306
www.courts.ca.gov

POS-040

| CASE NAME: Mr. Antquan Dulpice Clay v. High Desert Detention Center | CASE NUMBER: |
|---|---|

6. b. [✓] **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) [ ] deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) [ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. [✓] **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. [ ] **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. [ ] **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/9/22

Mr. Antquan D. Clay
(TYPE OR PRINT NAME OF DECLARANT)

Mr. Antquan D. Clay
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

[ ] **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and eight in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/9/22

Mr. Antquan Dulpice Clay
(NAME OF DECLARANT)

Mr. Antquan D. Clay
(SIGNATURE OF DECLARANT)

POS-040 [Rev. January 1, 2020]     **PROOF OF SERVICE—CIVIL**     Page 2 of 3
(Proof of Service)



*Return Address*

**Wasco State Prison - Reception Center**

**Name:** M. Antwuan D. Clay   **CDCR#:** BR2974
**Facility:** ___   **Bldg.:** ___   **Cell:** 264 up
**P.O. Box:** 6600
**Wasco, CA 93280**

*Inmate Indigent Mail*

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 14 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

neopost
06/10/2022
US POSTAGE $000.73
FIRST-CLASS MAIL
ZIP 93280
041L12204726

C.V.

United States District Courthouse
255 East Temple St., Room 180
Los Angeles, California 90012