FULL NAME: Mr. Antquan Dupree Clay
COMMITTED NAME (if different): Same As Above
FULL ADDRESS INCLUDING NAME OF INSTITUTION: Atascadero State Hospital, P.O. Box 7001, Atascadero, CA 93423-7001
PRISON NUMBER (if applicable): A#74379-8

```
                FILED
        CLERK, U.S. DISTRICT COURT

            DEC - 9 2022

        CENTRAL DISTRICT OF CALIFORNIA
        BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Mr. Antquan Dupree Clay, PLAINTIFF,

v.

San Bernardino County, DEFENDANT(S).

CASE NUMBER: CV 22-0998-CJC (DFM)
*To be supplied by the Clerk*

FIRST AMENDED

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____ N/A _____

   Defendants _____

b. Court _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes    ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes    ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☒ Yes    ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Mr. Antauan Dupree Cley__
(print plaintiff's name)

who presently resides at __Atascadero State Hospital, P.O. Box 7001, Atascadero CA, 93423, Unit 13.__
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

__Adelanto Detention Center__
(institution/city where violation occurred)

---

on (date or dates) November 13, 2021 _____ , _____ .
                                          (Claim I)                     (Claim II)            (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **San Bernardino County** resides or works at
   (full name of first defendant)

   **9438 Commerce Way, Adelanto, CA 92301**
   (full address of first defendant)

   **County Jail**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   **Physical Neglect: Failure to provide Basic Necessities, the Lack of Has caused Serious Injury. Hazardous Negligence.**

2. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

D. **CLAIMS***

**CLAIM I**

The following civil right has been violated:

United States Constitutional Fourteenth Amendment "Due Process"

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1) On November 19, 2021, Mr. Antquan Dupree Clay, plaintiff fell off the Top Bunk while asleep.

2) Injuries resulting from the Subsequent Negligence: Broken nose, Large laceration on Forehead 5 stitches & broken bone under Left eye.

3) Mr. Antquan Dupree Clay, plaintiff was transferred to the Hospital (A.R.M.C.) for treatment of injuries.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

$50,000 in relief for Actual Damages

Dec 5, 2022
(Date)

Mr. Artym Dupree
(Signature of Plaintiff)

Mr. Antwian Dupree Lloy
A.N. 74379-5
Atascadero State Hospital
Unit N. 13
P.O. Box 7001
Atascadero, CA 93423-7001



CLERK U.S. DISTRICT COURT
DEC - [illegible]
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



United States District Court
Central District of California
- Office of the Clerk -
411 West Fourth Street, Suite 1-053
Santa Ana, California 92701-4516

(CV)
DFM


FOREVER USA — PURPLE HEART