# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | ED CV 22-00998-CJC (DFM) | Date: | March 24, 2023 |
|---|---|---|---|
| Title | Antquan Dupree Clay v. High Desert Detention Center | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On January 26, 2023, the Court issued an Order dismissing Plaintiff's First Amended Complaint with leave to amend. See Dkt. 18. Plaintiff was ordered to return a Notice of Election form within thirty-five (35) days. See id. at 6-7. Plaintiff has not filed anything, and the deadline has passed.

It is Plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently. **Accordingly, the Court hereby ORDERS Plaintiff to show cause in writing no later than twenty-one (21) days from the date of this order why this action should not be dismissed for lack of prosecution.** As an alternative to a written response by Plaintiff, the Court will consider the filing of the Notice of Election form, on or before the above date, as an appropriate response to this OSC.

Plaintiff's failure to act will result in a recommendation that this case be dismissed for lack of prosecution.